# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael D. Lewis dba Duck's Auto Care, Inc. fdba Lewis Auto Care Inc.<br>Sara J. Lewis aka Sara J. Backstrom<br>Debtors | BK NO. 16-03906 MDF<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rushmore Loan Management Services as Servicer for GMAT Legal Title Trust 2014-1, U.S. Bank, National Association, as Legal Title Trustee, as Servicer and index same on the master mailing list.

Re: Loan # Ending In: 3812

                                          Respectfully submitted,

                                          **/s/ Joshua I. Goldman, Esquire**
                                          Joshua I. Goldman, Esquire
                                          Thomas Puleo, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6306  FAX (215) 825-6406
                                          Attorney for Movant/Applicant