```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-03906-MDF
Michael D. Lewis                                                    Chapter 13
Sara J. Lewis
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-1           User: MMchugh              Page 1 of 2              Date Rcvd: Oct 31, 2016
                               Form ID: ntcnfhrg          Total Noticed: 31
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2016.
```
db/jdb         +Michael D. Lewis,    Sara J. Lewis,    3522 Brisban Street,    Harrisburg, PA 17111-1803
4835594        +Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    Camp Hill, PA 17011-6943
4835595        +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
4843037         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
4835596        +Central Credit/Penn Credit,    Attn: Bankruptcy,    P.O. Box 988,   Harrisburg, PA 17108-0988
4835597        +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
4835598        +ElitePay Global,    2850 W. Horizon Ridge Parkway,    Henderson, NV 89052-4395
4835599        +Fifth Third Bank,    8500 Governors Hill Drive,    Cincinnati, OH 45249-1384
4839464         First Data Global Leasing,    by American InfoSource LP as agent,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
4835600         First Data Merchants Services,    4000 Coral Ridge Drive,    Carol Springs, FL 33065-7614
4835601        +First National Bank,    Attn: FNN Legal Department,    1620 Dodge Street,    Stop Code 3290,
                 Omaha, NE 68197-0003
4835602        +First Premier BAnk,    3820 N Louise Avenue,    Sioux Falls, SD 57107-0145
4835605        +Joshua I. Goldman, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
4835607        +Keystone Collections Group,    P.O. Box 499,   Irwin, PA 15642-0499
4835608        +Macys,   P.O. Box 8218,    Mason, OH 45040-8218
4835610        +Merc Adj Bur,    P.O. Box 9016,    Williamsville, NY 14231-9016
4835613       #+Stephen W. Parker, Esquire,    Parker Law Firm, P.C.,    1017 Mumma Road, Suite 105,
                 Wormleysburg, PA 17043-1145
4849057        +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
4835616       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial,    P.O. Box 5855,    Carol Stream, IL 60197-5855)
4835615        +Torres Credit Service,    27 Fairview Street, Suit 301,    Carlisle, PA 17015-3200
4835617         U.S. Bank,    c/o Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 31 2016 19:39:25
                 Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
4835593        +E-mail/Text: cbailey@acceleratedfinancial.net Oct 31 2016 19:37:27      Accelerated Financial,
                 39 Monette Parkway,    Smithfield, VA 23430-2577
4835603        +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2016 19:39:06      GECRB/Care Credit,
                 Attn: Bankruptcy,    P.O. Box 103104,    Roswell, GA 30076-9104
4835604         E-mail/Text: cio.bncmail@irs.gov Oct 31 2016 19:36:55      Internal Revenue Service,
                 PO Box 21126,   Philadelphia, PA 19114
4835606        +E-mail/Text: ebnsterling@weltman.com Oct 31 2016 19:36:59      Kay Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
4835609        +E-mail/Text: SHELLIE.WHITNEY@MATCOTOOLS.COM Oct 31 2016 19:37:39      Matco Tools,
                 4403 Allen Road,    Stow, OH 44224-1096
4835611         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2016 19:37:04      PA Department of Revenue,
                 Bureau of Compliance, Bankruptcy,     P.O. Box 280946,    Harrisburg, PA 17128-0946
4835612         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2016 19:37:04
                 Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
                 Harrisburg, PA 17128-0946
4836550         E-mail/PDF: rmscedi@recoverycorp.com Oct 31 2016 19:39:25
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
4835614        +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2016 19:39:05      Synchrony Bank/Care Credit,
                 P.O. Box 965036,    Orlando, FL 32896-5036
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2016 at the address(es) listed below:

      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
      Joshua I Goldman    on behalf of Creditor    GMAT Legal Title Trust 2014-1, U.S. Bank, National Association, as Legal Title Trustee bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Tracy Lynn Updike    on behalf of Debtor Michael D. Lewis tupdike@ssbc-law.com, ssollenberger@ssbc-law.com
      Tracy Lynn Updike    on behalf of Joint Debtor Sara J. Lewis tupdike@ssbc-law.com, ssollenberger@ssbc-law.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Michael D. Lewis | Chapter | 13 |
| Sara J. Lewis | | |
| aka Sara J. Backstrom | Case No. | 1:16−bk−03906−MDF |
| Debtor(s) | | |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**November 30, 2016** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 14, 2016 <br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> PO Box 908 <br> Harrisburg, PA 17108 <br> (717) 901−2800 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Terrence S. Miller <br> By: MMchugh |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 31, 2016 |