# SCHIFFMAN SHERIDAN & BROWN P.C.

November 28, 2016

**TRACY L. UPDIKE**
*tupdike@ssbc-law.com*

2080 LINGLESTOWN RD. STE 201
HARRISBURG, PA 17110-9670
*tel* 717.540.9170
*fax* 717.736.4071
WWW.SSBC-LAW.COM

*VIA ELECTRONIC TRANSMITTAL*

Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

Re: **Michael D. Lewis and Sara J. Lewis**
    **Chapter 13 Case No. 1-16-03906-MDF**

Dear Clerk:

Please make note of the change of address for the creditor in the above-referenced case.

Old Address:   ElitePay Global
               2850 W. Horizon Ridge Parkway
               Henderson, NV 89052-4395

New Address:   ElitePay Global
               c/o William L. Miltner
               Miltner & Menck, APC
               402 W. Broadway, Suite 800
               San Diego, CA 92101

Thank you for your assistance with this matter. Should you have any questions please do not hesitate to contact me at (717) 540-9170.

Very truly yours,

SCHIFFMAN, SHERIDAN & BROWN, P.C.

*Tracy L. Updike*

Tracy L. Updike