IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| MICHAEL D. LEWIS & | : |
| SARA J. LEWIS, | : |
| | : CASE NO. 16-bk-03906-MDF |
| DEBTORS | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME |
| | : December 14, 2016 @ 9:30 a.m. |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| MICHAEL D. LEWIS & | : |
| SARA J. LEWIS, | : |
| | : |
| RESPONDENTS | : RELATED TO DOCKET NO. 29 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTORS' PROPOSED CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' Proposed Chapter 13 Plan, on the parties at the below addresses, on November 28, 2016, by:

**16-bk-03906-MDF Notice will be electronically mailed to:**

Jonathan Wilkes Chatham at RA-occbankruptcy7@state.pa.us, RA-occbankruptcy6@state.pa.us

Charles J. DeHart, III (Trustee) at TWecf@pamd13trustee.com

Joshua I Goldman at bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Tracy Lynn Updike at tupdike@ssbc-law.com, ssollenberger@ssbc-law.com

Office of the United States Trustee at ustpregion03.ha.ecf@usdoj.gov

**16-bk-03906-MDF Notice will not be electronically mailed to:**

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL  33131-1605

EXECUTED ON:  November 29, 2016

                                      Respectfully submitted by,

                    By:    /s/ Jonathan W. Chatham
                            Counsel
                            Office of Chief Counsel
                            PA Department of Revenue
                            Office of Chief Counsel
                            PO Box 281061
                            Harrisburg, PA 17128-1061
                            Attorney I.D. 209683
                            (717) 346-4640
                            Facsimile (717) 772-1459
                            jchatham@pa.gov