```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 16-03906-MDF
Michael D. Lewis                                                    Chapter 13
Sara J. Lewis
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: DDunbar            Page 1 of 1           Date Rcvd: Dec 01, 2016
                            Form ID: ntcltrdb        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.
4861030        +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jonathan Wilkes Chatham    on behalf of Creditor    PA Dept of Revenue
               RA-occbankruptcy7@state.pa.us, RA-occbankruptcy6@state.pa.us
              Joshua I Goldman    on behalf of Creditor    GMAT Legal Title Trust 2014-1, U.S. Bank, National
               Association, as Legal Title Trustee bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor Michael D. Lewis tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              Tracy Lynn Updike    on behalf of Joint Debtor Sara J. Lewis tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Michael D. Lewis | Chapter | 13 |
| Sara J. Lewis | | |
| aka Sara J. Backstrom | Case No. | 1:16−bk−03906−MDF |
| Debtor(s) | | |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#8) has been filed by the Debtor on behalf of Keystone Collections Group in the amount of $108.81.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: DDunbar |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 1, 2016 |