## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Michael D. Lewis and Sara J. Lewis     BKY. NO. 16-03906 MDF
<u>Debtor(s)</u>

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of GMAT Legal Title Trust 2014-1, U.S. Bank, National Association, as Legal Title Trustee, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3812

Respectfully submitted,

**/s/ Thomas Puleo**
Thomas Puleo, Esquire
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406
Attorney for Movant/Applicant