

**SCHIFFMAN SHERIDAN & BROWN** P.C.

February 22, 2017

TRACY L. UPDIKE

*tupdike@ssbc-law.com*

2080 LINGLESTOWN RD. STE 201
HARRISBURG, PA 17110-9670

*tel* 717.540.9170

*fax* 717.736.4071

WWW.SSBC-LAW.COM

*VIA ELECTRONIC TRANSMITTAL*

Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

**Re:    Michael D. Lewis and Sara J. Lewis
        Chapter 13 Case No. 1-16-03906-MDF**

Dear Clerk:

Please make note of the change of address for the creditor in the above-referenced case.

Old Address:      Stephen W. Parker, Esquire
                  Parker Law Firm, P.C.
                  1017 Mumma Road, Suite 105
                  Wormleysburg, PA 17043-1145

New Address:      Stephen W. Parker, Esquire
                  Parker Law Firm, P.C.
                  2 S. Hanover Street
                  Carlisle, PA 17013-3306

Thank you for your assistance with this matter.   Should you have any questions please do not hesitate to contact me at (717) 540-9170.

Very truly yours,

SCHIFFMAN, SHERIDAN & BROWN, P.C.

Tracy L. Updike