UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

MICHAEL D. LEWIS and : CASE NO. 1-16-03906
SARA J. LEWIS
f/k/a SARA J. BACKSTROM, :

    Debtors :

## CERTIFICATE OF SERVICE

I, Stacy A. Sollenberger, Legal Assistant with the firm of Schiffman, Sheridan & Brown, P.C., hereby certify that on February 16, 2017, a true and correct copy of the FIRST AMENDED CHAPTER 13 PLAN and NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST was served by certified mail and received by the following secured claim holder whose rights were impacted by the plan, per the attached certified green card:

[Certified Mail Return Receipt (PS Form 3811) addressed to:
Quantum 3 Group LLC
as Agent for Sadino Funding LLC
Attn: Officer Authorized to Accept Process
P.O. Box 788
Kirkland, WA 98083-0788
Article Number: 9590 9402 1391 5285 1118 96
Tracking: 7013 2250 0001 0857 8876
Signed by: T. Shields]

SCHIFFMAN, SHERIDAN & BROWN, P.C.

By: /s/ Stacy A. Sollenberger
    Stacy A. Sollenberger

Date: February 28, 2017