UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL D. LEWIS and  : CHAPTER 13
   SARA J. LEWIS      :
     Debtor(s)      :
             :
   CHARLES J. DEHART, III  :
   STANDING CHAPTER 13 TRUSTEE :
             :
     vs.        :
             :
   MICHAEL D. LEWIS and  :
   SARA J. LEWIS      :
     Respondent(s)    : CASE NO. 1-16-bk-03906

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

   AND NOW, this 13th day of March, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

   1. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

     a. Current Profit and Loss Statement for twelve (12) months of 2016. (Second request)

   WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

     a. Deny confirmation of debtor(s) plan.
     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

        Respectfully submitted:

        Charles J. DeHart, III
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        (717) 566-6097

    BY:   /s/James K. Jones
        Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

       AND NOW, this 13th day of March, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Tracy Updike, Esquire
2080 Linglestown Road, Suite 201
Harrisburg, PA   17110

                                   /s/Deborah A. Behney
                                   Office of Charles J. DeHart, III
                                   Standing Chapter 13 Trustee