IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              :        CHAPTER 13
                                                    :
MICHAEL D. LEWIS and                                :        CASE NO. 1-16-03906
SARA J. LEWIS                                       :
f'k/a SARA J. BACKSTROM,                            :
                                                    :
        Debtors                                     :

## DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14), 1225(a)(7), AND 1325(a)(8) and (a)(9)

        I, Sara J. Lewis, upon my oath according to law, hereby certify as follows:

1.      That the below information is being supplied for compliance with the confirmation hearing date on March 22, 2017.

2.      That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3.      That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4.      If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, than an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

        I hereby certify that the foregoing statements made are true.  I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.


DATED:  3/16/17                        BY: _____
                                           Sara J. Lewis