Rev. 09/01/14

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  Michael D. Lewis
       Sara J. Lewis aka Sara J. Backstrom
                Debtors

GMAT Legal Title Trust 2014-1, U.S. Bank, National
Association, as Legal Title Trustee
                Movant
      vs.

Michael D. Lewis
Sara J. Lewis aka Sara J. Backstrom
                Respondents

Thelma A. Lewis
Charles J. DeHart, III
                Additional Respondents

CHAPTER 13

NO. 16-03906 RNO

**POST-PETITION PAYMENT HISTORY**
**NOTE AND MORTGAGE DATED June 15, 2007**

Mortgage Recorded on June 20, 2007, in Dauphin County, in Instrument Number 20070024472.

**Property Address:**
3522 Brisban St Harrisburg, PA 17111

**Mortgage Servicer**
Rushmore Loan Management Services

**Post Petition mailing address for Debtors to send payments:**

Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

**Mortgagors/Debtors:**

Michael D. Lewis and Sara J. Lewis aka Sara J. Backstrom

**Payments are contractually due:**    Monthly X   Semi-Monthly___   Bi-Weekly___  Other___

**Monthly Payment is comprised of:**
Principal & Interest:    $711.82
Escrow:    $319.63
Insurance:    $_____
Late Charge:    $_____

**TOTAL:**                    $1,031.45

**POST PETITION PAYMENTS (Petition was filed on S eptember 21, 2016)**

| Payment amount due | Date payment was due | Date Payment Was Received | Amount Received | How Pymt Was Applied (mo/yr) | Check Number |
|---|---|---|---|---|---|
| $1,031.45 | 10/01/2016 | | $0.00 | | |
| $1,031.45 | 11/01/2016 | | $0.00 | | |
| $1,031.45 | 12/01/2016 | | $0.00 | | |
| $1,031.45 | 01/01/2017 | | $0.00 | | |
| $1,031.45 | 02/01/2017 | | $0.00 | | |
| $1,031.45 | 03/01/2017 | | $0.00 | | |
| **Total Due:** | **$6,188.70** | **Total Received:** | **$0.00** | **Arrears:** | **$6,188.70** |

(Continue on attached sheets if necessary)

**TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE:** 6 as of 03/08/2017

**TOTAL AMOUNT OF POST-PETITION ARREARS:** $6,188.70 as of  03/08/2017

Dated:  03/ 22/ 17

Signature

MIKE RUIZ

(Print Name and Title)