IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael D. Lewis d/b/a Duck's Auto Care, Inc., f/d/b/a Lewis Auto Care, Inc.<br>Sara J. Lewis a/k/a Sara J. Backstrom<br>Debtors<br><br>GMAT Legal Title Trust 2014-1, U.S. Bank, National Association, as Legal Title Trustee<br>Movant<br>vs.<br><br>Michael D. Lewis d/b/a Duck's Auto Care, Inc., f/d/b/a Lewis Auto Care, Inc.<br>Sara J. Lewis a/k/a Sara J. Backstrom<br>Debtors<br><br>Charles J. DeHart, III<br>Trustee | BK NO. 16-03906 RNO<br><br>Chapter 13<br><br>Pleading: Motion for Relief |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above-identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within forty-five (45) days.

(2) If a stipulation is not filed or a hearing requested within forty-five (45) days, it is understood that this proceeding will be dismissed without prejudice.

(3) Contemporaneous with the filing for this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: April 26, 2017   **/s/ Thomas I. Puleo, Esquire**
                        Thomas I. Puleo, Esquire
                        Attorney for Movant
                        KML Law Group, P.C.