```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-03906-RNO
Michael D. Lewis                                                Chapter 13
Sara J. Lewis
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh              Page 1 of 1           Date Rcvd: Jun 12, 2017
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2017.
db/jdb         +Michael D. Lewis,   Sara J. Lewis,   3522 Brisban Street,   Harrisburg, PA 17111-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2017 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    GMAT Legal Title Trust 2014-1, U.S. Bank, National
               Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              Jonathan Wilkes Chatham    on behalf of Creditor    PA Dept of Revenue
               RA-occbankruptcy7@state.pa.us,  RA-occbankruptcy6@state.pa.us
              Joshua I Goldman    on behalf of Creditor    GMAT Legal Title Trust 2014-1, U.S. Bank, National
               Association, as Legal Title Trustee bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    GMAT Legal Title Trust 2014-1, U.S. Bank, National
               Association, as Legal Title Trustee tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor Michael D. Lewis tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              Tracy Lynn Updike    on behalf of Joint Debtor Sara J. Lewis tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael D. Lewis dba Duck's Auto Care, Inc., fdba Lewis Auto Care, Inc.<br>Sara J. Lewis a/k/a Sara J. Backstrom<br>        Debtors | CHAPTER 13 |
| GMAT Legal Title Trust 2014-1, U.S. Bank, National Association, as Legal Title Trustee<br>        Movant<br>vs. | NO. 16-03906 RNO |
| Michael D. Lewis dba Duck's Auto Care, Inc., fdba Lewis Auto Care, Inc.<br>Sara J. Lewis a/k/a Sara J. Backstrom<br>        Debtors | 11 U.S.C. Section 362 |
| Charles J. DeHart, III<br>        Trustee | |

**ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: June 12, 2017

By the Court,

*Robert N. Opel, II*

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)