# SCHIFFMAN SHERIDAN & BROWN P.C.

TRACY L. UPDIKE
*tupdike@ssbc-law.com*

2080 LINGLESTOWN RD. STE 201
HARRISBURG, PA 17110-9670
*tel* 717.540.9170
*fax* 717.736.4071
WWW.SSBC-LAW.COM

April 2, 2018

*VIA ELECTRONIC TRANSMITTAL*

Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA   17101

    Re:    Michael D. Lewis and Sara J. Lewis
              Chapter 13 Case No. 1-16-03906-HWV

Dear Clerk:

Please make note of the change of address for the above-referenced Debtor:

Old Address:    3522 Brisban Street
                       Harrisburg, PA 17111

New Address:   922 Valley Road
                       Enola, PA 17025

Thank you for your assistance with this matter.  Should you have any questions please do not hesitate to contact me at (717) 540-9170.

Very truly yours,

SCHIFFMAN, SHERIDAN & BROWN, P.C.

*Tracy L. Updike*

Tracy L. Updike