United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Michael D. Lewis  
Sara J. Lewis  
    Debtors

Case No. 16-03906-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: MMchugh     Page 1 of 2     Date Rcvd: Dec 11, 2018  
Form ID: pdf010     Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.

```
db/jdb         +Michael D. Lewis,    Sara J. Lewis,    922 Valley Road,    Enola, PA 17025-1541
4835594        +Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    Camp Hill, PA 17011-6943
4835596        +Central Credit/Penn Credit,    Attn: Bankruptcy,    P.O. Box 988,    Harrisburg, PA 17108-0988
4835597        +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
4872018         Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
4835598        +ElitePay Global,    c/o William L Miltner,    Miltner & Menck APC,    402 W Broadway Suite 800,
                 San Diego, CA 92101-8506
4835599        +Fifth Third Bank,    8500 Governors Hill Drive,    Cincinnati, OH 45249-1384
4835600         First Data Merchants Services,    4000 Coral Ridge Drive,    Carol Springs, FL 33065-7614
4835601        +First National Bank,    Attn: FNN Legal Department,    1620 Dodge Street,    Stop Code 3290,
                 Omaha, NE 68197-0003
4835602        +First Premier BAnk,    3820 N Louise Avenue,    Sioux Falls, SD 57107-0145
4876362        +GMAT Legal Title Trust 2014-1,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
4835605        +Joshua I. Goldman, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
4835607        +Keystone Collections Group,    P.O. Box 499,    Irwin, PA 15642-0499
4861030        +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
4835608        +Macys,    P.O. Box 8218,    Mason, OH 45040-8218
4835610        +Merc Adj Bur,    P.O. Box 9016,    Williamsville, NY 14231-9016
4835613         Stephen W. Parker, Esquire,    Parker Law Firm, P.C.,    2 S. Hanover Street,
                 Carlisle, PA 17013-3306
4835616       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial,    P.O. Box 5855,    Carol Stream, IL 60197-5855)
4835615        +Torres Credit Service,    27 Fairview Street, Suit 301,    Carlisle, PA 17015-3200
4835617        +U.S. Bank,    c/o Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              E-mail/PDF: rmscedi@recoverycorp.com Dec 11 2018 19:16:48
                 Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
4835593        +E-mail/Text: maria.dennis@gotoclc.com Dec 11 2018 19:13:36      Accelerated Financial,
                 39 Monette Parkway,    Smithfield, VA 23430-2577
4867298        +E-mail/Text: bnc@atlasacq.com Dec 11 2018 19:13:12      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
4875970         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 11 2018 19:16:49      CACH, LLC,
                 PO Box 10587,    GREENVILLE, SC 29603-0587
4835595        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 11 2018 19:17:27      Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
4843037         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 11 2018 19:16:46
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
4875873         E-mail/Text: bncmail@w-legal.com Dec 11 2018 19:13:31      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
4839464         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 11 2018 19:17:08      First Data Global Leasing,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
4835603        +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2018 19:16:45      GECRB/Care Credit,
                 Attn: Bankruptcy,    P.O. Box 103104,    Roswell, GA 30076-9104
4835604         E-mail/Text: cio.bncmail@irs.gov Dec 11 2018 19:13:16      Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
4873136         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 11 2018 19:13:32      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
4835606        +E-mail/Text: BKRMailOPS@weltman.com Dec 11 2018 19:13:19      Kay Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
4835609        +E-mail/Text: bankruptcy@matcotools.com Dec 11 2018 19:13:41      Matco Tools,    4403 Allen Road,
                 Stow, OH 44224-1096
4835611         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 11 2018 19:13:24      PA Department of Revenue,
                 Bureau of Compliance, Bankruptcy,    P.O. Box 280946,    Harrisburg, PA 17128-0946
4835612         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 11 2018 19:13:24
                 Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
                 Harrisburg, PA 17128-0946
4852136         E-mail/Text: bnc-quantum@quantum3group.com Dec 11 2018 19:13:22
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
4852135         E-mail/Text: bnc-quantum@quantum3group.com Dec 11 2018 19:13:22
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
4836550         E-mail/PDF: rmscedi@recoverycorp.com Dec 11 2018 19:17:28
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
5109731        +E-mail/Text: bncmail@w-legal.com Dec 11 2018 19:13:31      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5109732        +E-mail/Text: bncmail@w-legal.com Dec 11 2018 19:13:31      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121,
                 SYNCHRONY BANK,    c/o Weinstein & Riley, P.S. 98121-3132
4849057        +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2018 19:16:45      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
4835614        +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2018 19:17:05      Synchrony Bank/Care Credit,
                 P.O. Box 965036,   Orlando, FL 32896-5036
                                                                                               TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,   PO Box 10587,   Greenville, SC 29603-0587
cr*            +SYNCHRONY BANK,    c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,
                 Seattle, WA 98121-3132
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   GMAT Legal Title Trust 2014-1, U.S. Bank, National
               Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              Jonathan Wilkes Chatham    on behalf of Creditor   PA Dept of Revenue
               RA-occbankruptcy7@state.pa.us, RA-occbankruptcy6@state.pa.us
              Joshua I Goldman    on behalf of Creditor   GMAT Legal Title Trust 2014-1, U.S. Bank, National
               Association, as Legal Title Trustee bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   GMAT Legal Title Trust 2014-1, U.S. Bank, National
               Association, as Legal Title Trustee tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Michael D. Lewis tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              Tracy Lynn Updike    on behalf of Debtor 2 Sara J. Lewis tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 9
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Michael D. Lewis | Chapter: 13 |
| Debtor 1 | Case No.: 1:16-bk-03906-HWV |
| Sara J. Lewis aka Sara J. Backstrom | |
| Debtor 2 | |
| Charles J DeHart, III (Trustee) | |
| vs. Movant(s) | |
| Michael D. Lewis Sara J. Lewis aka Sara J. Backstrom | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: December 11, 2018

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JH)